istratrix, against the Prudential Insurance Company of America. From a judgment in favor of plaintiff. and from an order denying defendant's motion for a new trial, defendant appeals. Affirmed. Wm. O. Campbell, for appellant. Henry W. Sykes, for respondent.

PER CURIAM. Judgment and order appealed from affirmed, with costs and disbursements.

RICHARDSON, Respondent, v. BORRILL, Appellant. (Supreme Court, Appellate Term. July 25, 1900.) Action by Lulu Richardson against Albert Borrill. Judgment for plaintiff, and defendant appeals. Reversed. William Henry Knox, for appellant. G. A. C. Barnett, for respondent.

PER CURIAM. In view of the receipt of August 11th, the conflict between the statements of the witness M. H. Barton and her signatures, the improbability of the truth of the plaintiff's evidence that she did not know of the sale by her mother in August, and the fact that it does not appear that plaintiff made any claim until December, the defendant should have prevailed. The value of the property in question was fixed by the judgment at $100, although there was no evidence of value. For the reasons assigned, the judgment will be reversed, and a new trial ordered, with costs to the appellant to abide the event.

SCOTT, J., not voting.

ROBERTSON v. ROCKLAND CEMETERY IMP. CO. SAME v. STONE. SAME v. WHITON. (Supreme Court, Appellate Division, First Department. June 22, 1900.) Actions by Thomas F. Robertson against the Rockland Cemetery Improvement Company, Mary A. Stone, and Sarah P. L. Whiton.

PER CURIAM. Motion granted, with $10 costs, as to appeal attempted to be taken by second notice of appeal, and, upon payment of $10 costs, leave granted to appellants to serve papers under the first notice of appeal.

ROBINSON v. METROPOLITAN ST. RY. CO. (Supreme Court, Appellate Term. July 6, 1900.) Action by Alice M. Robinson against the Metropolitan Street-Railway Company. From a judgment in favor of plaintiff, affirmed by the general term (63 N. Y. Supp. 969), defendant appeals. Affirmed. House, Grossman & Vorhaus, for appellant. H. A. Robinson, for respondent.

PER CURIAM. Judgment and order affirmed, with costs.

ROSENMEYER, Respondent, v. GREENBAUM, Appellant. (Supreme Court, Appellate Division, First Department. June 8, 1900.) Action by Pauline Rosenmeyer against Jacob H. Greenbaum. W. L. Mathot, for appellant. A. C. Weil, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

ROSENTHAL v. ROSENTHAL et al. (Supreme Court, Appellate Term. June 13, 1900.) Action by Louis Rosenthal against Jacob Rosenthal and another. Judgment affirmed. I.

Marks, for plaintiff. C. I. Schampain, for defendants.

PER CURIAM. Judgment affirmed, with costs.

ROSENZWEIG, Appellant, v. WOOD, Respondent. (Supreme Court, Appellate Division, First Department. June 22, 1900.) Action by Joseph Rosenzweig against Estella F. Wood. A. Bloch, for appellant. J. J. Delany, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

ROSSI, Appellant, v. CORRAO, Respondent. (Supreme Court, Appellate Division, Second Department. June 19, 1900.) Action by Emilio Rossi against Francis L. Corrao for deceit and fraud, etc. No opinion. Orders affirmed, with $10 costs of one appeal and disbursements in both.

ROUND LAKE SUMMER INSTITUTE, Respondent, v. GARRITT et al., Appellants, (Supreme Court, Appellate Division, Third Department. June 28, 1900.) Action by the Round Lake Summer Institute against Inez Garritt and others, impleaded with others.

PER CURIAM. Judgment modified by striking out therefrom all costs except disbursements, and, as so modified, affirmed, with costs. Order for extra allowance reversed, with $10 costs and disbursements.

RUDD, Respondent, v. MAGEE et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 22, 1900.) Action by Robert C. Rudd against John Magee and others, impleaded, etc. No opinion. Motion denied. See 65 N. Y. Supp. 65.

RYAN et al. v. DEAN et al. (HUNT et al., Respondents; WILCOX et al., Appellants). (Supreme Court, Appellate Division, Fourth Department. June 5, 1900.) Action by Kate Ryan and others against Edward E. Dean and others. No opinion. Judgment and order affirmed, with costs.

RYAN et al., Respondents, v. DONOVAN, Appellant. (Supreme Court, Appellate Term. July 16, 1900.) Action by Nicholas W. Ryan and another against Albert E. Donovan. From a judgment in favor of the plaintiffs, defendant appeals. Affirmed. C. F. Brandt, for appellant. Whalen & Dunn, for respondents.

PER CURIAM. It was assumed on the trial (see particularly the charge of the trial court) that the only question in dispute related to the carting of the brick and to the amount due for sand. It was shown by competent evidence on the part of the plaintiffs that the defendant was entitled to $605.42 for carting brick and to $432.71 for sand. It was conceded that defendant was entitled to $217.30 for other things; making a total of $1,515.43, and no more, to which the defendant was entitled. It was taken for granted on the trial that plaintiffs had paid the defendant $1,600 in cash, and there was competent evidence tending to show that they had paid out on defendant's account, for sand and cartage, the sum of $292.37; making a total of $1,892.37. The ver-